Megan J. Crowhurst, OSB No. 132311
mcrowhurst@littler.com
Brooke M. Eide, OSB No. 233215
beide@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Tower
1300 SW 5th Avenue, Suite 2050
Portland, Oregon 97201
Telephone:   503.221.0309
Facsimile:    503.242.2457

Attorneys for Defendants Cabela's LLC and Bass
Pro, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **RYAN GIBSON**,<br><br>Plaintiff,<br><br>v.<br><br>**CABELA'S BASS PRO SHOP, INC., A DELAWARE CORPORATION; BASS PRO, LLC, A DOMESTIC LIMITED LIABILITY COMPANY AND TAMMY WILSON, AN INDIVIDUAL, AND JOHN DOE'S**,<br><br>Defendants. | Case No.   6:26-cv-00594<br><br>**DECLARATION OF MEGAN J. CROWHURST IN SUPPORT OF DEFENDANTS CABELA'S LLC, AND BASS PRO, LLC'S NOTICE OF REMOVAL** |

I, Megan Crowhurst, do hereby swear, affirm, and attest as follows:

1.     I am a shareholder at Littler Mendelson, P.C., and an attorney of record for Defendants Cabela's LLC (improperly named as "Cabela's Bass Pro Shop, Inc.") and Bass Pro, LLC (collectively, "Bass Pro Defendants") in the above-captioned matter. I am over the age of 18 years and, except as otherwise noted, I have personal knowledge of the facts set forth in this

PAGE 1 – DECLARATION OF MEGAN J.
CROWHURST IN SUPPORT OF
DEFENDANTS' NOTICE OF REMOVAL

declaration and could testify competently to them if called upon to do so. I respectfully submit this declaration in support of Defendants' Notice of Removal to Federal Court.

2.      I have reviewed the electronic docket report for the subject of Bass Pro Defendants' removal action, currently before the Circuit Court of the State of Oregon for Lane County ("Lane County Circuit Court"), entitled *Ryan Gibson v Cabela's Bass Pro Shop, Inc., Bass Pro, LLC, Tammy Wilson, and John Doe's,* Case No. 25CV69011.

3.      Attached as **Exhibit 1** is a true and correct copy of the Complaint Plaintiff filed in this matter in Lane County Circuit Court on December 27, 2025.

4.      Attached as **Exhibit 2** is a true and correct copy of the letter, dated December 29, 2025, from Drake Aehegma filed in this matter in Lane County Circuit Court and backdated to December 27, 2026.

5.      Attached as **Exhibit 3** is a true and correct copy of the First Amended Complaint for Battery, Discrimination and Violation of ORS 30.845 filed in this matter in Lane County Circuit Court on February 24, 2026.

6.      Attached as **Exhibit 4** is a true and correct copy of the Proof of Service for "Cabela's Bass Pro Shop, Inc."  filed in this matter in Lane County Circuit Court on March 3, 2026.

7.      Attached as **Exhibit 5** is a true and correct copy of the Summons to "Cabela's Bass Pro Shop, Inc." filed in this matter in Lane County Circuit Court on March 3, 2026.

8.      Attached as **Exhibit 6** is a true and correct copy of the Proof of Service for Bass Pro, LLC filed in this matter in Lane County Circuit Court on March 3, 2026.

9.      Attached as **Exhibit 7** is a true and correct copy of the Summons to Bass Pro, LLC filed in this matter in Lane County Circuit Court on March 3, 2026.

PAGE 2 – DECLARATION OF MEGAN J. CROWHURST IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL

10.     Attached as **Exhibit 8** is a true and correct copy of the Declaration of Service on Defendants filed in this matter in Lane County Circuit Court on March 11, 2026.

11.     Attached as **Exhibit 9** is a true and correct copy of the Notice of Intent to Dismiss filed in this matter in Lane County Circuit Court on March 12, 2026.

12.     Attached as **Exhibit 10** is a true and correct copy of the Circuit Court Register of Actions for *Ryan Gibson v Cabela's Bass Pro Shop, Inc., Bass Pro, LLC, Tammy Wilson, and John Doe's,* Case No. 25CV69011, pursuant to 28 U.S.C. §§ 1332(a), 1441, 1446.

13.     Exhibits 1 through 10 attached to this declaration comprise all process, pleadings, and orders filed and served in the Lane County Circuit Court action. No further proceedings have occurred as of the date this Notice of Removal was filed.

14.     Promptly after filing the Bass Pro Defendants' Notice of Removal, my office will serve a copy upon Plaintiff and will file a copy with the Clerk of the Lane County Circuit Court, Oregon, in accordance with 28 U.S.C. § 1446(d).

15.     The Bass Pro Defendants have good and sufficient defenses to this action and waive no defenses, jurisdictional or otherwise.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 26th day of March, 2026, at Portland, Oregon.

*/s/ Megan J. Crowhurst*
Megan J. Crowhurst, OSB No. 132311
mcrowhurst@littler.com

PAGE 3 – DECLARATION OF MEGAN J.
CROWHURST IN SUPPORT OF
DEFENDANTS' NOTICE OF REMOVAL

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF LANE

RYAN GIBSON,

             Plaintiffs,

    v.

CABELA'S BASS PRO SHOP, INC., a
Delaware corporation; and TAMMY
WILSON, an individual, and JOHN
DOE's,

             Defendants.

Case No.

COMPLAINT FOR BATTERY,
DISCRIMINATION AND VIOLATION
OF ORS 30.845

NOT SUBJECT TO MANDATORY
ARBITRATION

PRAYER: IN AN AMOUNT NOT TO
EXCEED $3,000,000
ORS 21.160(1)(d) - $884

JURY TRIAL DEMANDED

Plaintiffs demand a jury trial and allege as follows:

1.

Cabela's Bass Pro Shop, Inc. (hereinafter "Cabelas") is, and all times mentioned

herein has been, a Delaware corporation engaged in the retail sale of outdoor clothing

and equipment, including stores located in Lane County, Oregon, and a store located at

2800 Gateway St, Springfield, OR 97477. Cabela's conducts regular, sustained business

PAGE 1 –COMPLAINT FOR BATTERY, DISCRIMINATION
      AND VIOLATION OF ORS 30.845

Aehegma Law
PO Box 8404
Portland, OR 97207
Fax: 503-9141-472
Phone: 503-208-5717

Exhibit 1
Page 1 of 8

activity in Lane County.

2.

Defendant Tammy Wilson (hereinafter, "Wilson") is an employee and/or agent of Cabela's. At all times mentioned herein, Cabela's Warehouse had actual control or a right of control of Wilson and/or Wilson was an actual or apparent agent of Cabela's. The conduct of Wilson was within the course and scope of her employment and/or agency of Cabela's.

3.

Defendants JOHN DOE's (hereinafter, "Doe Defendants") were employees and/or agent of Cabela's whose identity are not known. They are the employees who physically assaulted plaintiff. At all times mentioned herein, Cabela's Warehouse had actual control or a right of control of Doe Defendants and/or Doe Defendants were an actual or apparent agent of Cabela's. The conduct of Doe Defendants were within the course and scope of their employment and/or agency of Cabela's.

4.

On or about December 27, 2023, plaintiff Ryan Gibson, was a customer at the Cabela's store located at 2800 Gateway St, Springfield OR 97477. Plaintiff is Pacific Islander American.

PAGE 2 –COMPLAINT FOR BATTERY, DISCRIMINATION
AND VIOLATION OF ORS 30.845

Aehegma Law
PO Box 8404
Portland, OR 97207
Fax: 503-9141-472
Phone: 503-208-5717

Exhibit 1
Page 2 of 8

5.

Mr. Gibson was shopping for fishing lures when employees and/or security guards grabbed him and pulled the fishing lures out of his hand. He was then aggressively confronted and told he had to leave because "we don't like your shopping habits." At this time Mr. Gibson was still in the store.

6.

As Mr. Gibson was still in the store, Wilson called 911 and reported the plaintiff had refused to leave for the purpose of summoning police.  While on the phone with police Mr. Gibson was agreeing to leave the store. Wilson still insisted police contact the plaintiff. Further, Defendants asked the police to find and contact Mr. Gibson despite the fact that plaintiff had already left.

7.

On information and belief Defendants dislike of plaintiffs "shopping habits" was a thinly veiled excuse to have police keep him from the store due to his race.

8.

After plaintiff left the store he went home. He was then later confronted at his own house by uniformed Lane County Sheriff's Deputies.

9.

Plaintiff saw no other Pacific Islander customers in the store as he shopped. Security did not call 911 and report any Caucasian customers, who were inside the store

PAGE 3 –COMPLAINT FOR BATTERY, DISCRIMINATION
AND VIOLATION OF ORS 30.845

Aehegma Law
PO Box 8404
Portland, OR 97207
Fax: 503-9141-472
Phone: 503-208-5717

Exhibit 1
Page 3 of 8

shopping as being thieves so they would be contacted by police. Nor did employees

and/or security request 911 to track down any Caucasian customers to their own homes

to tell them they were trespassed because security "did not like their shopping habits"

FOR A FIRST CLAIM FOR RELIEF FOR FALSE ARREST AGAINST ALL

DEFENDANTS, plaintiffs allege:

1.

Plaintiffs reallege and incorporate by reference paragraphs 1-8 above.

2.

The above-described assault was intentional. Defendants intended to make

offensive physical contact with plaintiff.

3.

As a result of the above-described offensive physical contact, plaintiffs suffered,

continue to suffer, and will in the future suffer from fear, embarrassment, frustration,

anger, humiliation, and a sense of increased vulnerability, all to his noneconomic

damages not to exceed a maximum combined amount of $1,000,000 for all claims.

FOR A SECOND CLAIM FOR RELIEF FOR DISCRIMINATION AGAINST ALL

DEFENDANTS, plaintiffs allege:

4.

**Aehegma Law**
PO Box 8404
Portland, OR 97207
Fax: 503-9141-472
Phone: 503-208-5717

Exhibit 1
Page 4 of 8

Plaintiff realleges and incorporates by reference paragraphs 1-9 above.

5.

The above-described Cabelas store is, and at all times mentioned herein has been, a place of public accommodation within the meaning of ORS 659A.400.  At least part of the motivation for the above-described conduct by Steiner was plaintiffs' race.

6.

The above-described conduct violates ORS 659A.403, which prohibits discrimination in places of public accommodation on account of race.

7.

Plaintiffs are entitled to reasonable attorney fees pursuant to ORS 659A.885.

8.

As a result of the above-described discrimination, plaintiffs suffered, continue to suffer, and may permanently suffer from feelings of racial stigmatization, embarrassment, humiliation, anger, indignity, and shame, all to his noneconomic damages not to exceed a maximum combined amount of $1,000,000 for all claims.

9.

The conduct of Cabela's employee described herein was in wanton, reckless, and intentional disregard of societal obligations, and constituted a reckless and outrageous

PAGE 5 –COMPLAINT FOR BATTERY, DISCRIMINATION
AND VIOLATION OF ORS 30.845

Aehegma Law
PO Box 8404
Portland, OR 97207
Fax: 503-9141-472
Phone: 503-208-5717

Exhibit 1
Page 5 of 8

indifference to a highly unreasonable risk of harm, and conscious indifference to the health, safety, and welfare of others, and defendant Cabela should be assessed punitive damages in an amount not to exceed $2,000,000 for all claims in order to deter defendants and others similarly situated from this and similar kinds of conduct in the future.

FOR A THIRD CLAIM FOR RELIEF FOR VIOLATION OF ORS 30.845 AGAINST ALL DEFENDANTS, plaintiffs allege:

10.

Plaintiffs reallege and incorporate by reference paragraphs 1 through 8, above.

11.

Wilson, acting within the scope of her employment, knowingly caused police officers to arrive at plaintiffs home and contact plaintiff, with the intent to:

1) Infringe on plaintiffs' rights under the Oregon and United States Constitutions;

2) Unlawfully discriminate against plaintiff;

3) Cause plaintiff to feel harassed, humiliated, or embarrassed;

4) Cause plaintiff to be expelled from Cabela's, a place where plaintiffs waslawfully located; or

5) Cause plaintiffs to suffer damage to this reputation or standing within the

PAGE 6 –COMPLAINT FOR BATTERY, DISCRIMINATION
AND VIOLATION OF ORS 30.845

Aehegma Law
PO Box 8404
Portland, OR 97207
Fax: 503-9141-472
Phone: 503-208-5717

Exhibit 1
Page 6 of 8

community; or

6) Cause damage to plaintiffs' consumer prospects or interests.

12.

The above-described conduct by Wilson violated ORS 30.845.

13.

As a result of the above-described conduct, plaintiffs suffered, continue to suffer, and may permanently suffer from embarrassment, fear, humiliation, anger, and indignity, all to their noneconomic damages not to exceed a maximum combined amount of $1,000,000 for all claims for plaintiff.

14.

Plaintiffs are entitled to reasonable attorney fees pursuant to ORS 30.845(3).

15.

The conduct of Cabela's employee described herein was in wanton, reckless, and intentional disregard of societal obligations, and constituted a reckless and outrageous indifference to a highly unreasonable risk of harm, and conscious indifference to the health, safety, and welfare of others, and defendant Cabelas should be assessed punitive damages in an amount not to exceed $2,000,000 for all claims in order to deter defendants and others similarly situated from this and similar kinds of conduct in the future.

PAGE 7 –COMPLAINT FOR BATTERY, DISCRIMINATION
AND VIOLATION OF ORS 30.845

Aehegma Law
PO Box 8404
Portland, OR 97207
Fax: 503-9141-472
Phone: 503-208-5717

Exhibit 1
Page 7 of 8

WHEREFORE, plaintiff prays for judgment against all defendants for noneconomic damages not to exceed a maximum combined amount of $1,000,000 for all claims, punitive damages in the amount of $2,000,000 against defendant Cabelas, and against all defendants for attorney fees pursuant to ORS 659A.885 and ORS 30.845(3), and for each plaintiffs' costs and disbursements necessarily incurred herein.

Dated this 12/27/2025

AEHEGMA LAWW

/s/ Drake Aehegma

Drake Aehegma, OSB #132905
drake@aehegmalawl.com
Attorney for Plaintiff

PAGE 8 –COMPLAINT FOR BATTERY, DISCRIMINATION
AND VIOLATION OF ORS 30.845

**Aehegma Law**
PO Box 8404
Portland, OR 97207
Fax: 503-9141-472
Phone: 503-208-5717

Exhibit 1
Page 8 of 8



# Drake Aehegma Attorney at Law LLC

*Wrongful Death*
*Personal Injury*
*Civil Litigation*

PO Box 8404
Portland, OR 97207
drake@aehegmalaw.com
503.208.5717

12/29/2025

Ryan Gibson v.

Re:     Resubmission of rejected filing, relation-back date of filing requested

To whom it may concern:

I filed this complaint on 12/27/25. It was returned on 12/29/25.  It was returned due to a need to have the John Doe's listed as a party.

I am asking that this filing relate back to the initial filing as a short period of time has passed and I am resubmitting with the additional john dow name listed as a defendant in odyssey to comply with the efiling requirements.

Sincerely

Drake Aehegma Attorney at Law LLC

/s/ DRAKE AEHEGMA
Drake Aehegma, OSB No. 132905
drake@aehegmalaw.com
Attorney for Plaintiff

Exhibit 2
Page 1 of 1

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF LANE

RYAN GIBSON,

          Plaintiffs,

     v.

CABELA'S BASS PRO SHOP, INC., a
Delaware corporation; BASS PRO, LLC, a
Domestic Limited Liability Company and
TAMMY WILSON, an individual, and
JOHN DOE's,

          Defendants.

Case No. 25CV69011

FIRST AMENDED COMPLAINT FOR
BATTERY, DISCRIMINATION AND
VIOLATION OF ORS 30.845

NOT SUBJECT TO MANDATORY
ARBITRATION

PRAYER: IN AN AMOUNT NOT TO
EXCEED $3,000,000
ORS 21.160(1)(d) - $884

JURY TRIAL DEMANDED

Plaintiffs demand a jury trial and allege as follows:

1.

Cabela's Bass Pro Shop, Inc. (hereinafter "Cabelas") is, and all times mentioned herein has been, a Delaware corporation engaged in the retail sale of outdoor clothing and equipment, including stores located in Lane County, Oregon, and a store located at 2800 Gateway St, Springfield, OR 97477. Cabela's conducts regular, sustained business

PAGE 1 –COMPLAINT FOR BATTERY, DISCRIMINATION
     AND VIOLATION OF ORS 30.845

Aehegma Law
PO Box 8404
Portland, OR 97207
Fax: 503-9141-472
Phone: 503-208-5717

Exhibit 3
Page 1 of 8

activity in Lane County.

2.

Bass Pro, LLC is, and at all times mentioned has been a Domestic Limited Liability Company that on information and belief owns Cabela's and Cabela's Bass Pro Shop, Inc. Bass Pro, LLC is engaged in the retail sale of outdoor clothing and equipment, including stores located in Lane Count, Oregon, and a store located at 2800 Gateway St, Springfield, OR 97477. Bass Pro, LLC conducts regular, sustained business activity in Lane County.

3.

Defendant Tammy Wilson (hereinafter, "Wilson") is an employee and/or agent of Cabela's and Bass Pro, LLC.  At all times mentioned herein, Cabela's Warehouse and/or Bass Pro, LLC had actual control or a right of control of Wilson and/or Wilson was an actual or apparent agent of Cabela's and/or Bass Pro, LLC.  The conduct of Wilson was within the course and scope of her employment and/or agency of Cabela's and/or Bass Pro, LLC.

4.

Defendants JOHN DOE's (hereinafter, "Doe Defendants") were employees and/or agent of Cabela's and/or Bass Pro, LLC whose identity are not known.  They are the employees who physically assaulted plaintiff.  At all times mentioned herein, Cabela's Warehouse and/or Bass Pro, LLC had actual control or a right of control of Doe

PAGE 2 –COMPLAINT FOR BATTERY, DISCRIMINATION
AND VIOLATION OF ORS 30.845

Aehegma Law
PO Box 8404
Portland, OR 97207
Fax: 503-9141-472
Phone: 503-208-5717

Exhibit 3
Page 2 of 8

Defendants and/or Doe Defendants were an actual or apparent agent of Cabela's and/or Bass Pro, LLC.  The conduct of Doe Defendants were within the course and scope of their employment and/or agency of Cabela's and/or Bass Pro, LLC.

5.

On or about December 27, 2023, plaintiff Ryan Gibson, was a customer at the Cabela's store located at 2800 Gateway St, Springfield OR 97477.  Plaintiff is Pacific Islander American.

6.

Mr. Gibson was shopping for fishing lures when employees and/or security guards grabbed him and pulled the fishing lures out of his hand. He was then aggressively confronted and told he had to leave because "we don't like your shopping habits." At this time Mr. Gibson was still in the store.

7.

As Mr. Gibson was still in the store, Wilson called 911 and reported the plaintiff had refused to leave for the purpose of summoning police.  While on the phone with police Mr. Gibson was agreeing to leave the store. Wilson still insisted police contact the plaintiff. Further, Defendants asked the police to find and contact Mr. Gibson despite the fact that plaintiff had already left.

8.

PAGE 3 –COMPLAINT FOR BATTERY, DISCRIMINATION
AND VIOLATION OF ORS 30.845

Aehegma Law
PO Box 8404
Portland, OR 97207
Fax: 503-9141-472
Phone: 503-208-5717

Exhibit 3
Page 3 of 8

On information and belief Defendants dislike of plaintiffs "shopping habits" was a thinly veiled excuse to have police keep him from the store due to his race.

9.

After plaintiff left the store he went home. He was then later confronted at his own house by uniformed Lane County Sheriff's Deputies.

10.

Plaintiff saw no other Pacific Islander customers in the store as he shopped. Security did not call 911 and report any Caucasian customers, who were inside the store shopping as being thieves so they would be contacted by police. Nor did employees and/or security request 911 to track down any Caucasian customers to their own homes to tell them they were trespassed because security "did not like their shopping habits"


FOR A FIRST CLAIM FOR RELIEF FOR FALSE ARREST AGAINST ALL DEFENDANTS, plaintiffs allege:

1.

Plaintiffs reallege and incorporate by reference paragraphs 1-8 above.

2.

The above-described assault was intentional. Defendants intended to make offensive physical contact with plaintiff.

PAGE 4 – COMPLAINT FOR BATTERY, DISCRIMINATION AND VIOLATION OF ORS 30.845

Aehegma Law
PO Box 8404
Portland, OR 97207
Fax: 503-9141-472
Phone: 503-208-5717

Exhibit 3
Page 4 of 8

3.

As a result of the above-described offensive physical contact, plaintiffs suffered, continue to suffer, and will in the future suffer from fear, embarrassment, frustration, anger, humiliation, and a sense of increased vulnerability, all to his noneconomic damages not to exceed a maximum combined amount of $1,000,000 for all claims.

FOR A SECOND CLAIM FOR RELIEF FOR DISCRIMINATION AGAINST ALL DEFENDANTS, plaintiffs allege:

4.

Plaintiff realleges and incorporates by reference paragraphs 1-9 above.

5.

The above-described Cabelas store is, and at all times mentioned herein has been, a place of public accommodation within the meaning of ORS 659A.400.  At least part of the motivation for the above-described conduct by Steiner was plaintiffs' race.

6.

The above-described conduct violates ORS 659A.403, which prohibits discrimination in places of public accommodation on account of race.

7.

Plaintiffs are entitled to reasonable attorney fees pursuant to ORS 659A.885.

8.

PAGE 5 –COMPLAINT FOR BATTERY, DISCRIMINATION
AND VIOLATION OF ORS 30.845

Aehegma Law
PO Box 8404
Portland, OR 97207
Fax: 503-9141-472
Phone: 503-208-5717

Exhibit 3
Page 5 of 8

As a result of the above-described discrimination, plaintiffs suffered, continue to suffer, and may permanently suffer from feelings of racial stigmatization, embarrassment, humiliation, anger, indignity, and shame, all to his noneconomic damages not to exceed a maximum combined amount of $1,000,000 for all claims.

9.

The conduct of Cabela's employee described herein was in wanton, reckless, and intentional disregard of societal obligations, and constituted a reckless and outrageous indifference to a highly unreasonable risk of harm, and conscious indifference to the health, safety, and welfare of others, and defendant Cabela should be assessed punitive damages in an amount not to exceed $2,000,000 for all claims in order to deter defendants and others similarly situated from this and similar kinds of conduct in the future.

FOR A THIRD CLAIM FOR RELIEF FOR VIOLATION OF ORS 30.845 AGAINST ALL DEFENDANTS, plaintiffs allege:

10.

Plaintiffs reallege and incorporate by reference paragraphs 1 through 8, above.

11.

PAGE 6 –COMPLAINT FOR BATTERY, DISCRIMINATION
AND VIOLATION OF ORS 30.845

**Aehegma Law**
PO Box 8404
Portland, OR 97207
Fax: 503-9141-472
Phone: 503-208-5717

Exhibit 3
Page 6 of 8

Wilson, acting within the scope of her employment, knowingly caused police officers to arrive at plaintiffs home and contact plaintiff, with the intent to:

1) Infringe on plaintiffs' rights under the Oregon and United States Constitutions;

2) Unlawfully discriminate against plaintiff;

3) Cause plaintiff to feel harassed, humiliated, or embarrassed;

4) Cause plaintiff to be expelled from Cabela's, a place where plaintiffs was lawfully located; or

5) Cause plaintiffs to suffer damage to this reputation or standing within the community; or

6) Cause damage to plaintiffs' consumer prospects or interests.

12.

The above-described conduct by Wilson violated ORS 30.845.

13.

As a result of the above-described conduct, plaintiffs suffered, continue to suffer, and may permanently suffer from embarrassment, fear, humiliation, anger, and indignity, all to their noneconomic damages not to exceed a maximum combined amount of $1,000,000 for all claims for plaintiff.

14.

Plaintiffs are entitled to reasonable attorney fees pursuant to ORS 30.845(3).

PAGE 7 –COMPLAINT FOR BATTERY, DISCRIMINATION
AND VIOLATION OF ORS 30.845

Aehegma Law
PO Box 8404
Portland, OR 97207
Fax: 503-9141-472
Phone: 503-208-5717

Exhibit 3
Page 7 of 8

15.

The conduct of Cabela's and/or Bass Pro, LLC employee described herein was in wanton, reckless, and intentional disregard of societal obligations, and constituted a reckless and outrageous indifference to a highly unreasonable risk of harm, and conscious indifference to the health, safety, and welfare of others, and defendant Cabelas and/or Bass Pro, LLC should be assessed punitive damages in an amount not to exceed $2,000,000 for all claims in order to deter defendants and others similarly situated from this and similar kinds of conduct in the future.

WHEREFORE, plaintiff prays for judgment against all defendants for noneconomic damages not to exceed a maximum combined amount of $1,000,000 for all claims, punitive damages in the amount of $2,000,000 against defendant Cabelas and/or Bass Pro, LLC, and against all defendants for attorney fees pursuant to ORS 659A.885 and ORS 30.845(3), and for each plaintiffs' costs and disbursements necessarily incurred herein.

Dated this February 24, 2026

AEHEGMA LAWW

/s/ Drake Aehegma

Drake Aehegma, OSB #132905
drake@aehegmalawl.com
Attorney for Plaintiff

PAGE 8 –COMPLAINT FOR BATTERY, DISCRIMINATION
AND VIOLATION OF ORS 30.845

Aehegma Law
PO Box 8404
Portland, OR 97207
Fax: 503-9141-472
Phone: 503-208-5717

Exhibit 3
Page 8 of 8

25CV69011
## PROOF OF SERVICE

| Case: | Court: | | County: | Job: |
|---|---|---|---|---|
| 25CV69011 | CIRCUIT COURT OF THE STATE OF OREGON | | LANE | 15286688 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| RYAN GIBSON | CABELA'S BASS PRO SHOP, INC.; BASS PRO, LLC; TAMMY WILSON; and JOHN DOE'S |

| Received by: | For: |
|---|---|
| SOLID SERVE LEGAL LLC | Drake Aehegma, Attorney at Law LLC |

| To be served upon: |
|---|
| CABELA'S BASS PRO SHOP, INC. |

I, Viola Rodriguez, declare: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I hereby declare that the below statements are also true to the best of my knowledge and belief, and that I understand they are made for use as evidence in court and is subject to penalty for perjury.

**Recipient Name / Address:**   CABELA'S BASS PRO SHOP, INC., c/o CT Corporation System
780 Commercial Street Southeast Suite 100, Salem, OR 97301

**Manner of Service:**   Registered Agent, Feb 24, 2026, 2:42 pm PST

**Documents:**   Summons, Complaint, First Amended Complaint

**Additional Comments:**
Successful Attempt: Feb 24, 2026, 2:42 pm PST at 780 Commercial Street Southeast Suite 100, Salem, OR 97301 received by Eden Cloverglade . Age: 25; Ethnicity: Caucasian; Gender: Female; Weight: 135; Height: 5'7"; Hair: Brown; Eyes: Brown; Relationship: Clerk on Duty.

_____          02/24/2026
Viola Rodriguez                                           **Date**

for SOLID SERVE LEGAL LLC
45 82nd Drive, Suite 51
Gladstone, OR 97027
503-928-6362

Exhibit 4
Page 1 of 1

3/3/2026 4:24 PM
25CV69011

# CIRCUIT COURT OF OREGON

## COUNTY OF LANE

| | |
|---|---|
| RYAN GIBSON, | Case No. 25CV69011 |
| PLAINTIFFS, | SUMMONS |
| V. | |
| CABELA'S BASS PRO SHOP, INC., A DELAWARE CORPORATION; BASS PRO, LLC, A DOMESTIC LIMITED LIABILITY COMPANY AND TAMMY WILSON, AN INDIVIDUAL, AND JOHN DOE'S, | |
| DEFENDANTS. | |

TO: CABELA'S BASS PRO SHOP, INC.,, C/O Registered Agent CT Corporation System and Attorney for Defendants Nicole Nowlin, Cosgrave Law.

You are hereby required to appear and defend the complaint filed against you in the above-entitled cause within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!**

    You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

    If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 in the Portland metropolitan area or toll-free elsewhere in Oregon at (800) 452-7636.

Signature of Attorney for Plaintiff
 Drake Aehegma, OSB #132905
Attorney's/Author's name, Bar No.
 333 SW Taylor St - Suite 300
Address
 Portland, OR 97204 (503)-208-5717
City    State    Zip    Phone

Trial Attorney if Other Than Above    Bar No.

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document that you shall attach hereto.

ATTORNEY(S) FOR PLAINTIFF

Exhibit 5
Page 1 of 1

## PROOF OF SERVICE

| Case:<br>25CV69011 | Court:<br>CIRCUIT COURT OF THE STATE OF OREGON | County:<br>LANE | Job:<br>15286688 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>RYAN GIBSON | | Defendant / Respondent:<br>CABELA'S BASS PRO SHOP, INC.; BASS PRO, LLC; TAMMY WILSON;<br>and JOHN DOE'S | |
| Received by:<br>SOLID SERVE LEGAL LLC | | For:<br>Drake Aehegma, Attorney at Law LLC | |
| To be served upon:<br>BASS PRO, LLC | | | |

I, Viola Rodriguez, declare: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I hereby declare that the below statements are also true to the best of my knowledge and belief, and that I understand they are made for use as evidence in court and is subject to penalty for perjury.

**Recipient Name / Address:**   BASS PRO, LLC, c/o CT Corporation System,
780 Commercial Street Southeast Suite 100, Salem, OR 97301
**Manner of Service:**   Registered Agent, Feb 24, 2026, 2:42 pm PST
**Documents:**   Summons, Complaint, First Amended Complaint

**Additional Comments:**
Successful Attempt: Feb 24, 2026, 2:42 pm PST at 780 Commercial Street Southeast Suite 100, Salem, OR 97301 received by Eden Cloverglade. Age: 25; Ethnicity: Caucasian; Gender: Female; Weight: 135; Height: 5'7"; Hair: Brown; Eyes: Brown; Relationship: Clerk on Duty.

02/24/2026

Viola Rodriguez   **Date**

for SOLID SERVE LEGAL LLC
45 82nd Drive, Suite 51
Gladstone, OR 97027
503-928-6362

Exhibit 6
Page 1 of 1

CIRCUIT COURT OF OREGON

COUNTY OF LANE

RYAN GIBSON,

     PLAINTIFFS,

     V.

CABELA'S BASS PRO SHOP, INC., A DELAWARE
CORPORATION; BASS PRO, LLC, A DOMESTIC LIMITED
LIABILITY COMPANY AND TAMMY WILSON, AN
INDIVIDUAL, AND JOHN DOE'S,

     DEFENDANTS.

Case No. 25CV69011

SUMMONS

TO: DEFENDANT BASS PRO, LLC, C/O Registered Agent CT Corporation System and Attorney for Defendants Nicole Nowlin, Cosgrave Law.

You are hereby required to appear and defend the complaint filed against you in the above-entitled cause within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!**

    You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

    If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 in the Portland metropolitan area or toll-free elsewhere in Oregon at (800) 452-7636.

Signature of Attorney for Plaintiff
 Drake Aehegma, OSB #132905
Attorney's/Author's name, Bar No.
 333 SW Taylor St - Suite 300
Address
 Portland, OR 97204 (503)-208-5717
City    State    Zip    Phone

Trial Attorney if Other Than Above    Bar No.

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document that you shall attach hereto.

ATTORNEY(S) FOR PLAINTIFF

Exhibit 7
Page 1 of 1

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF LANE

RYAN GIBSON,                              )
                                          )
        PLAINTIFFS,                       )    Case No.:  25CV69011
                                          )
        V.                                )
                                          )    DECLARATION OF SERVICE ON
                                          )    DEFENDANTS
CABELA'S BASS PRO SHOP, INC., A           )
DELAWARE CORPORATION; BASS PRO,           )    ORCP 7
LLC, A DOMESTIC LIMITED LIABILITY         )
COMPANY AND TAMMY WILSON, AN              )
INDIVIDUAL, AND JOHN DOE'S,               )
                                          )
        DEFENDANTS.                       )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )
                                          )

I, DRAKE AEHEGMA, under the penalty of perjury, state that:

1.  I am Plaintiff's attorney in this action.

2.  I had an individual over the age of 18, serve defendant by substituted service.  service of summons and complaint was made on CABELA'S BASS PRO SHOP, INC., and BASS PRO, LLC and TAMMY WILSON and JOHN DOE'S by substituted service on 2.24.26

1 – DECLARATION OF SERVICE

@ 1:16pm – by serving Noah Heffron, who was at 2800 Gateway St, Springfield, OR 97477 pursuant to the provisions of ORCP 7.

3.  On February 25, 2026, I mailed letters first class mail which contained a statement of the date, time, and place at which service was made as well as a true certified copy of the summons and complaint.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to the penalty for perjury.

DATED this March 11, 2026

Drake Aehegma Attorney at Law LLC

/s/ DRAKE AEHEGMA
Drake Aehegma, OSB No. 132905
drake@aehegmalaw.com
Attorney for Plaintiff

2 – DECLARATION OF SERVICE

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF LANE
125 E. 8th Ave.  Eugene Oregon  97401
541-682-4020                              http://courts.oregon.gov/lane

March 12, 2026

Ryan Gibson
No Known Address

Re: Ryan Gibson vs Cabela s Bass Pro Shop, Inc, Tammy Wilson, John Doe's, Bass Pro, LLC
Case #: 25CV69011

### NOTICE OF INTENT TO DISMISS

You have not provided the court with proof of service for at least one defendant in this case. These defendants are considered unserved.

Under Uniform Trial Court Rule 7.020(2), your claim against any unserved defendants will be dismissed for want of prosecution 28 days from the date of this notice unless:

(a) You file proof of service with the court for any defendant who is currently unserved.
   or
(b) You show good cause to continue the case. You must file a motion and declaration supporting your request for continuance.
   or
(c) The defendant appears.

*The Uniform Trial Court Rules can be found in your local law library or online at*
*http://courts.oregon.gov/OJD/programs/utcr/utcrrules.page.*

Exhibit 9
Page 1 of 1

Skip to Main Content Logout My Account Search Menu Search Civil, Family, Probate and Tax Court Case Records Refine Search  Back

Location : All Locations   Images Help

# REGISTER OF ACTIONS
## CASE NO. 25CV69011

| | |
|---|---|
| Ryan Gibson vs Cabela s Bass Pro Shop, Inc, Tammy Wilson, John Doe's, Bass Pro, LLC | § § § § § |

Case Type: **Tort - General**
Date Filed: **12/27/2025**
Location: **Lane**

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | **Bass Pro, LLC** | |
| **Defendant** | **Cabela s Bass Pro Shop, Inc** | **Drake Aehegma**<br>*Retained*<br>503 208-5717(W) |
| **Defendant** | **Doe's, John** | |
| **Defendant** | **Wilson, Tammy** | |
| **Plaintiff** | **Gibson, Ryan** | |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | | |
|---|---|---|---|---|
| 12/27/2025 | **Complaint**<br>Created: 12/31/2025 9:05 AM | | | |
| 12/27/2025 | **Service**<br>  Cabela s Bass Pro Shop, Inc<br>  Wilson, Tammy<br>  Doe's, John<br>Created: 12/31/2025 9:05 AM | Unserved<br>Unserved<br>Unserved | | |
| 12/27/2025 | **Letter**<br>*re: backdate*<br>Created: 12/31/2025 9:05 AM | | | |
| 02/24/2026 | **Complaint - Amended**<br>Created: 02/24/2026 11:34 AM | | | |
| 02/24/2026 | **Service**<br><br>  Cabela s Bass Pro Shop, Inc<br><br>  Wilson, Tammy<br><br>  Doe's, John<br><br>  Bass Pro, LLC<br><br>Created: 02/24/2026 12:07 PM | <br><br>Served<br>Returned<br>Served<br>Returned<br>Served<br>Returned<br>Served<br>Returned | <br><br>02/24/2026<br>03/03/2026<br>02/24/2026<br>03/11/2026<br>02/25/2026<br>03/11/2026<br>02/24/2026<br>03/03/2026 | | |
| 03/03/2026 | **Proof - Service**<br>*psrv RA 022426*<br>Created: 03/04/2026 8:34 AM | | | |
| 03/03/2026 | **Summons**<br>Created  03/04/2026 8 34 AM | | | |
| 03/03/2026 | **Proof - Service**<br>*psrv RA 022426*<br>Created: 03/04/2026 8:35 AM | | | |
| 03/03/2026 | **Summons**<br>Created: 03/04/2026 8:35 AM | | | |
| 03/11/2026 | **Proof - Service**<br>*subsrv 022426 // mai 022526*<br>Created: 03/12/2026 8:48 AM | | | |
| 03/12/2026 | **Notice - Rule 7 - 63 Day**<br>Created: 03/12/2026 2:49 PM | | | |

---

### FINANCIAL INFORMATION

| | |
|---|---|
| **Plaintiff** Gibson, Ryan | |
| Total Financial Assessment | 884.00 |
| Total Payments and Credits | 884.00 |
| **Balance Due as of 03/26/2026** | **0.00** |

Exhibit 10

Page 1 of 2

| 12/31/2025 | Transaction Assessment | | | 884.00 |
| 12/31/2025 | xWeb Accessed eFile | Receipt # 2025-855372 | Gibson, Ryan | (884.00) |

Exhibit 10
Page 2 of 2